AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>YOREYDIS TAMAYO and<br>JAYLA PEREZ-YERNES<br><br>*Defendant(s)* | Case No. 20-8026-WM |

FILED BY _____ D.C.
JAN 21 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 17, 2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 3144 | Material Witness |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

Joshua Woodbury, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 21, 2020

_____
Judge's signature

City and state: __WEST PALM BEACH, FLORIDA__   WILLIAM MATTHEWMAN, US MAGISTRATE
*Printed name and title*

# AFFIDAVIT

I, Joshua Woodbury, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI). I have been a Special Agent with HSI since June 2008 and, as such, have participated in the investigation of criminal matters, including the apprehension of aliens unlawfully present in the United States. Prior to becoming a Special Agent with HSI, I was employed as a United States Customs Inspector. I attended and successfully completed the Criminal Investigator Training Program as well as the Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia

2. As a Special Agent with HSI my duties and responsibilities include conducting criminal investigations of individuals and organizations who have violated federal laws, particularly those laws found in Titles 8, 18, 19, and 21 of the United States Code. I have conducted investigations involving illegal immigration, human smuggling and related criminal activity. These investigations have focused on international organizations who organize transportation of persons seeking to enter the United States illegally. Through investigations and training, I am familiar with the methods and schemes employed by individuals to smuggle persons into the United States, and I am familiar with and have utilized a wide variety of investigative techniques.

3. The statements contained in this affidavit are based on my personal experience and observations, as well as the experiences and observations of fellow law enforcement officers as they have been described to me. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the attached

1

criminal complaints, this affidavit does not set forth every fact known to me in this investigation, but only those facts necessary to establish probable cause.

4. On or about January 17, 2020, United States Border Patrol (USBP) and HSI responded to a possible landing of illegal aliens via a small vessel in the 900 block of North Ocean Boulevard in the Town of Palm Beach, Florida, in the Southern District of Florida. Upon arrival, agents observed a blue and white marine vessel (the vessel) on the beach and ten suspected migrants who had already been apprehended by local law enforcement officers. With the assistance of USBP K-9, two more suspected migrants were taken into custody several hours after the initial call for assistance. Of the twelve migrants who had arrived on the vessel, eight were adult citizens of China, one was a juvenile citizen of China, two were citizens of Cuba, and one was a Bahamian national. None of the migrants had proper documentation to enter the United States and each were found to be illegally present in the United States. All of the migrants were transported to USBP for processing.

5. Special Agents attempted to conduct post-*Miranda* interviews of each of the migrants with the assistance of interpreters. The Chinese migrants refused to answer questions. One of the Chinese migrants, an individual identified as GUANGZIN LIN, invoked his right to counsel but then made the spontaneous utterance that it did not matter to him if he was deported, as he would keep coming back to the United States. A search of immigration databases determined that LIN is a citizen and national of China who was previously removed from the United States on or about August 29, 2019, following a prolonged U.S. immigration case. Record checks through the Department of Homeland Security (DHS) CLAIMS database failed to locate any evidence that the defendant applied

2

for or received permission from the Secretary of the Department of Homeland Security for reentry into the United States as required by law.

6. During a post *Miranda* interview of Cuban migrant YOREYDIS TAMAYO on January 17, 2020, TAMAYO stated that she had paid an individual in Freeport, Bahamas, $8,000 U.S. dollars for TAMAYO to be smuggled into the United States. TAMAYO stated that on or about January 16, 2020, she and another individual were taken to an unknown location in the Bahamas and were placed on the vessel which already had several other people on board. TAMAYO further stated that at approximately midnight or the early morning hours of January 17, 2020, the vessel departed the Bahamas en-route to the United States. TAMAYO told agents that the weather conditions looked like a "hurricane" and that water was coming over the front of the vessel. TAMAYO stated that none of the persons on board the boat had life vests. TAMAYO was shown photos of all the migrants who had travelled on the vessel and TAMAYO identified the Bahamian migrant, JOSHUA LEWIS, as the person who captained the vessel during the entire trip to the United States.

7. During a post *Miranda* interview of JAYLA PEREZ-YERNES on January 17, 2020, PEREZ-YERNES stated that she had paid an individual in Freeport, Bahamas $8,000 U.S. dollars to be smuggled into the United States. PEREZ-YERNES stated that on or about January 16, 2020, she and another individual were told to be ready to depart to the United States around 9:30 pm. PEREZ-YERNES stated that after driving around for several hours due to law enforcement presence in the Bahamas, she and the other migrant were taken to an unknown location in the Bahamas and were placed on the vessel which had several other people on board. PEREZ-YERNES stated that at approximately midnight or the early morning hours of January 17, 2020, the vessel departed the

Bahamas en-route to the United States. PEREZ-YERNES told agents that she was not provided a life jacket and that they landed on the beach around 10:30 in the morning. PEREZ-YERNES was shown photos of all the migrants taken into custody at that time of the landing who had travelled on the vessel and she identified the Bahamian migrant, JOSHUA LEWIS, as the person who captained the vessel during the trip to the United States.

8. All of the migrants apprehended from the vicinity of the vessel on January 17, including the Cuban migrants, were processed for expedited removal, and therefore have an outstanding final order of removal from the United States. The wet foot, dry foot policy concerning Cuban migrants to the United States is no longer in force, and it is possible that the Cuban migrants could be deported from the United States if they are not held as material witnesses in this matter.

9. The Bahamian migrant was subsequently identified as JOSHUA LEWIS, a citizen and national of The Bahamas. During a post *Miranda* interview on January 17, 2020, LEWIS told investigators that on or about the early morning hours of January 17, 2020, he captained the vessel from West End, Bahamas to the United States. LEWIS told investigators that he was coming to the United States to deliver the migrants and to buy things to bring back to the Bahamas. LEWIS told investigators that prior to leaving the Bahamas, the organizers of the smuggling event told LEWIS to use a compass and head 270 to 300 degrees to reach the United States. LEWIS also told investigators that the organizers of the smuggling event had preprogrammed a Global Positioning System (GPS) with a track line from the Bahamas to the United States and had provided this GPS to one of the Chinese migrants. LEWIS stated that with the assistance of this Chinese

4

migrant, LEWIS was also able to use both the compass and the GPS for navigation. LEWIS also told investigators that the seas were very rough, that no one on board had a life vest, and that he did not see life vests when he got on the vessel. LEWIS told investigators that when he got close to shore a wave caused the vessel to capsize and most of the individuals were thrown off the vessel and into the water. LEWIS stated that he jumped off the vessel and followed the other migrants to the beach, through a gate, and into a field, but that LEWIS was later taken into custody by law enforcement on the street.

10.     LEWIS is known to the investigators because of a prior alien smuggling event which occurred on or about Thanksgiving Day 2019. LEWIS was encountered by local law enforcement on or near a marine vessel at the Sailfish Marina, in Riviera Beach, Florida, in the Southern District of Florida, on November 29, 2019. No migrants other than LEWIS were apprehended at that time but LEWIS admitted smuggling several persons from the Bahamas to the United States on Thanksgiving Day during his post *Miranda* interview. LEWIS was processed administratively and was subsequently deported from the United States out of Miami, Florida, to Nassau, Bahamas on or about January 14, 2020, just three days prior to the instant alien smuggling event.

11.     WHEREFORE, on the basis of the foregoing facts and evidence, your affiant submits that there is probable cause to believe that:

a.     on or about January 17, 2020, in the Southern District of Florida, and elsewhere, JOSHUA LEWIS committed the offense of alien smuggling, in violation of Title 8 United States Code, Section 1324(a)(1)(A)(i) and Title 18 United States Code, Section 2;

5

b. on or about January 17, 2020, in the Southern District of Florida, and elsewhere, GUANGZIN LIN, committed the offense of illegal re-entry, in violation of Title 8, United States Code, Section 1326 (a); and

c. YOREYDIS TAMAYO and JAYLA PEREZ-YERNES are material witnesses in the case of United States v. JOSHUA LEWIS, case no. TBD. Due to their respective immigration statuses, YOREYDIS TAMAYO and JAYLA PEREZ-YERNES are currently subject to deportation from the United States and may be deported or paroled from immigration custody. As a deportable alien, it may become impracticable to secure the presence of YOREYDIS TAMAYO and JAYLA PEREZ-YERNES by subpoena and your affiant therefore requests that this Court issue material witness warrants pursuant to Title 18, United States Code, Section 3144, to ensure the witnesses' appearance at a deposition to preserve their testimony and for trial.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joshua Woodbury
Special Agent Homeland Security Investigations

Subscribed and sworn to before me
This 21st day of January 2020

_____
THE HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-8026-WM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

YOREYDIS TAMAYO and
JAYLA PEREZ-YERNES,

        Defendants.
_____/

## MATERIAL WITNESS COMPLAINT SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   Yes_____   No__☒__

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
    Yes_____   No__☒__

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Stephanie Evans*
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0255180
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Email: Stephanie.D.Evans@usdoj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-8026-WM

### BOND RECOMMENDATION

DEFENDANT: JAYLA PEREZ-YERNES

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans*
AUSA: Stephanie Evans

Last Known Address: _____

What Facility: _____

Agent(s): Joshua Woodbury
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-8026-WM

### BOND RECOMMENDATION

DEFENDANT: YOREYDIS TAMAYO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans*
AUSA:  Stephanie Evans

Last Known Address: _____

What Facility: _____

Agent(s): Joshua Woodbury
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI